UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KEITH JAMES KOERBER,** | **2:22-CV-10400-TGB** |
| Petitioner, | |
| vs. | **JUDGMENT** |
| **MICHAEL BOUCHARD,** | |
| Respondent. | |

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED that** the case be **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:   June 2, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE